JOSEPH M. BRAY (SBN 197237)
Moskowitz LLP
1700 Broadway, 4th Floor
Oakland, CA 94612
Tel: (415) 394-7200
Fax: (415) 398-6501
Email: jbray@moskowitzllp.com

Attorneys for Plaintiffs
ANDY WIRJADI, individually

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY WIRJADI<br>        Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA<br>        Defendant. | Civil No.<br><br>**COMPLAINT FOR REFUND FOR CIVIL PENALTIES** |

COMES NOW PLAINTIFF through counsel who is duly admitted to practice before the Court. In support of their Complaint, Plaintiff states as follows:

**INTRODUCTION**

1. This is a civil action seeking refund from the Internal Revenue Service ("IRS") of approximately $258,090.04, not including interest or penalties for tax year 2017 that was paid by Andy Wirjadi ("Wirjadi"). The civil action is related to a de facto denial of the administrative claim for refund that was filed on or about May 9, 2019 with the IRS, related to Internal Revenue Code 6039F that was assessed against Wirjadi for the 2017 tax year.

**COMPLAINT**

## JURISDICTION

2. This Court has jurisdiction pursuant to the following statutes:

   a. 28 U.S.C. §1346, 28 U.S.C. §1491, 31 U.S.C. §5321 which provides for judicial review of agency matters.

   b. 28 U.S.C. §§2201-2202 which provides the district courts with authority to provide declaratory relief under the Declaratory Judgement Act

3. Venue is proper in this district pursuant to 28 U.S.C. §1391 and 31 U.S.C. §3806. Defendant is the United States, and a substantial part of the events occurred in this judicial district.

## PARTIES

4. Plaintiff, Andy Wirjadi, social security number xxx-xx-2450 is a citizen of the United States of America. Plaintiff's current mailing address is: 5789 Coralwood Court, San Jose, CA 95123.

5. Defendant is the United States of America.

## PRELIMINARY BACKROUND

6. Plaintiff, Andy Wirjadi is retired.

7. The Internal Revenue Service ("IRS") is the federal tax collection and administrative agency of Defendant.  Plaintiff sues the IRS for the refund of approximately $258,090.04 for tax year 2017 that was paid by Wirjadi, including related interest per 26 U.S.C. §7426(g); and IRS for damages pursuant to 26 U.S.C. §7426(h), including the award of reasonable costs and attorneys' fees.

8. On or about April 15, 2018, Plaintiffs timely filed a federal extension for the 2017 tax year. The extension extended the time to file Wirjadi's 2017 federal individual tax returns and includes the extension to file IRS Form 3520, *Annual Report to Report*

**COMPLAINT**

2

*Transactions with Foreign Trusts and Receipt of Certain Foreign Gifts*. As stated in the IRS Form 3520 instructions, "a U.S. person is granted an extension of time to file an income tax return, the due date for filing Form 3520 is the 15th day of the 10th month following the end of the U.S. person's tax year." A copy of the Wirjadi's federal extension for 2017 tax attached hereto as **Exhibit A** and copy of Wirjadi's 2017 1040 IRS account transcripts attached hereto as **Exhibit B**.

9. On or about July 16, 2018, Wirjadi timely filed his 2017 individual federal tax returns. A copy of the 2017 IRS account transcript is attached hereto as **Exhibit B**.

10. On or about August 3, 2018, Wirjadi timely filed the IRS form 3520, *Annual Report to Report Transactions with Foreign Trusts and Receipt of Certain Foreign Gifts* via certified mail with return receipt. A copy of the certified mail receipt is attached hereto as **Exhibit C**.

11. On or about August 7, 2018, the IRS received Wirjadi's 2017 IRS Form 3520, *Annual Report to Report Transactions with Foreign Trusts and Receipt of Certain Foreign Gifts* in Ogden, Utah. A copy of the United States Postal Service Tracking is attached hereto as **Exhibit D**.

12. On or about April 29, 2019, Defendant issued notice CP15, Notice of Penalty Charge to Wirjadi for the 2017 tax year. Based on the notice, the penalty is charged under Section 6039F of the Internal Revenue Code for Failure to File Form 3520, to Report Receipt of Certain Foreign Gifts. A copy of IRS Notice CP15 Notice of Penalty Charge is attached hereto as **Exhibit E**.

13. On or about May 9, 2019, Wirjadi submitted a Request for Penalty Abatement of Internal Revenue Code Section 6039F penalty that was assessed against him for the 2017 tax year. A copy of the 2017 penalty abatement request is attached hereto as **Exhibit F**.

14. On or about October 25, 2019, Wirjadi paid the 2017 6039F penalty in full. A copy of the 2017 correspondence to the IRS and payment is attached hereto as **Exhibit G**.

15. On or about December 2019, the Defendant disallowed the Wirjadi's penalty abatement request and claim for refund because it did not respond to Wirjadi's administrative claim for refund originally filed on May 9, 2019.

16. 26 U.S.C. § 6532(a) provides that no suit for refund under 26 U.S.C. §7422 for the recovery of any internal revenue tax, penalty or other sum shall begin before the expiration of six months of the date of filing the claim for refund, unless the claim is denied within that timeframe.

17. More than six months have elapsed since Wirjadi filed his claim for refund for tax year 2017.

**FIRST CAUSE OF ACTION- CLAIM FOR RELIEF**

18. Wirjadi incorporate the allegations set forth in paragraphs 6 through 17, above as if fully set forth herein.

19. Recovery is sought of the penalty paid in the amount of approximately $258,090.04 for tax year 2017.

20. Wirjadi is an individual who, despite filing the IRS Form 3520, a *Annual Report to Report Transactions with Foreign Trusts and Receipt of Certain Foreign Gifts* timely the Defendant incorrectly assessed IRC Section 6039F penalty against Wirjadi for the 2017 tax year.

21. Wirjadi timely filed a claim for refund by filing a penalty abatement for the 2017 tax year on May 9, 2019

22. Wirjadi paid the penalties and interest in full on or about October 25, 2019.

COMPLAINT

4

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray as follows:

    A.  That the IRS refund the $258,090.04 for tax year 2017 that was paid by Wirjadi;

    B.  That the IRS pay interest to Wirjadi for the time that the IRS held the $258,090.04 per 26 U.S.C. §7246(g);

    C.  That judgement be entered for Wirjadi against the IRS for damages pursuant to 26 U.S.C. §7426(h), including the award of reasonable costs and attorneys' fees; and

    D.  That Wirjadi be accorded such other, further, or different relief as the case may require and the Court may deem just and proper under the circumstances.

///

Dated: January 4, 2021

By:   /s/ Joseph M. Bray_____
Joseph M. Bray, Esq.
Moskowitz LLP
1700 Broadway, 4th Floor
Oakland, CA 94612
Tel: (415) 394-7200
Fax: (415) 398-6501
Email: jbray@moskowitzllp.com

*Counsel for Andy Wirjadi*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COMPLAINT**

MOSKOWITZ LLP
ntgomery Street, Suite 1950

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COMPLAINT**