# EXHIBIT A

## E-file History for Federal Extension

×

| DATE/TIME | STATUS |
| --- | --- |
| 04/16/2018 09:56 PM | Accepted |
| 04/16/2018 09:13 PM | Received by Agency |
| 04/16/2018 08:05 PM | Received by Intuit |

Confirmation Number: 946542201810600ydweq

Close

# EXHIBIT B



# Internal Revenue Service
## United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

| | |
|---|---|
| Request Date: | 05-09-2019 |
| Response Date: | 05-09-2019 |
| Tracking Number: | 100447457426 |

FORM NUMBER:     1040

TAX PERIOD:      Dec. 31, 2017

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-2450

SPOUSE TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-5090

AND CONN WIRJ

5789 C

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: May 13, 2019 |
| ACCRUED PENALTY: | 0.00 | AS OF: May 13, 2019 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 02 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 126,171.00 |
| TAXABLE INCOME: | 94,649.00 |
| TAX PER RETURN: | 13,377.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Jun. 22, 2018 |
| PROCESSING DATE | Jul. 16, 2018 |

```
                              TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20182605 | 07-16-2018 | $13,377.00 |
| n/a | 80221-573-00708-8 | | | |

| 806 | W-2 or 1099 withholding | | 04-15-2018 | -$6,224.00 |
|-----|-------------------------|---|------------|------------|
| 460 | Extension of time to file tax return ext. Date 10-15-2018 | | 04-15-2018 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2018 | | 04-15-2018 | $0.00 |
| 670 | Payment | | 04-15-2018 | -$7,133.00 |
| 610 | Payment with return | | 06-25-2018 | -$20.00 |
| 196 | Interest charged for late payment | 20182605 | 07-16-2018 | $0.20 |
| 606 | Write-off of balance due | | 07-16-2018 | -$0.20 |
| 960 | Appointed representative | | 04-19-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# EXHIBIT C

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

O F F I C I A L   U S E

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Pos
$

Sent To

Street an

City, State

INTERNAL REVENUE SERVICE CENTER
P.O.BOX 40101
OGDEN, UT 84409

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# EXHIBIT D

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70163010000000448084                    Remove ✕

Your item has been delivered to an agent at 7:58 pm on August 7, 2018 in OGDEN, UT 84409.

## ✓ Delivered

August 7, 2018 at 7:58 pm
Delivered, To Agent
OGDEN, UT 84409

**Tracking History**    ∧

**August 7, 2018, 7:58 pm**
Delivered, To Agent
OGDEN, UT 84409
Your item has been delivered to an agent at 7:58 pm on August 7, 2018 in OGDEN, UT 84409.

**August 7, 2018, 4:10 pm**
Arrived at Unit
OGDEN, UT 84401

**August 7, 2018**
In Transit to Next Facility

**August 5, 2018, 6:18 pm**
Arrived at USPS Regional Destination Facility
SALT LAKE CITY UT NETWORK DISTRIBUTION CENTER

August 4, 2018, 12:00 am
Departed USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

August 3, 2018, 10:50 pm
Arrived at USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

August 3, 2018, 4:44 pm
USPS in possession of item
SAN FRANCISCO, CA 94104

## Product Information ⋀

**Postal Product:**

**Features:**
Certified Mail™

Feedback

See Less ⋀

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

# EXHIBIT E



Department of the Treasury
Internal Revenue Service
Stop 6525 (SP CIS)
Kansas City MO 64999-0025

IRS

| Notice | CP15 |
|---|---|
| Tax Year | 2017 |
| Notice date | April 29, 2019 |
| Social Security number | |
| To contact us | 800-829-8374 |
| Your Caller ID | 824917 |
| Page 1 of 2 | 17H |

166378.808263.146719.20576 1 AV 0.383 538



ANDY WIRJADI

6378

## Notice of Penalty Charge

668

You have been charged a penalty under Section 6039F of the Internal Revenue Code for Failure to File Form 3520 to Report Receipt of Certain Foreign Gifts.

## TAX STATEMENT

| Prior Balance | $0.00 |
|---|---|
| Penalty Assessment | $252,032.20 |
| Interest | $0.00 |
| Bad Check Penalty | $0.00 |
| **Balance Due** | **$252,032.20** |

# EXHIBIT F



# MOSKOWITZ LLP
### *a tax law firm*

May 9, 2019

Department of the Treasury
Internal Revenue Service
Stop 6525 (SP CIS)
Kansas City, MO 64999-0025

RE:    **Request for Penalty Abatement of Internal Revenue Code § 6039F**
       **Tax Year 2017**
       **Andy Wirjadi; SSN:** ▓▓▓▓▓▓**450**

To Whom It May Concern:

This request is for penalty abatement of Internal Revenue Code ("I.R.C.") § 6039F[1] for the 2017 tax year. Andy Wirjadi (the "Taxpayer") received a CP15 notice dated April 29, 2019 for the 2017 tax year with a penalty assessment balance due of $252,032.20.

The penalty was imposed against the Taxpayer for failure to timely file Form 3520, *Annual Return to Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts (Form 3520)* for tax year 2017. The basis for this request is that the Taxpayer did timely file his 2017 Form 3520 and therefore should not be assessed the penalty.

Our office timely submitted an extension request to the Internal Revenue Service (IRS) on April 16, 2018 for the filing of Form 1040 2017 tax year. It was accepted by the IRS on April 16, 2018. The confirmation number is 946542201810600ydweq (See Exhibit A).

As per the IRS' filing instructions for Form 3520, '*If a U.S. person is granted an extension of time to file an income tax return, the due date for filing Form 3520 is the 15th day of the 10th month following the end of the U.S. person's tax year*'.

The Taxpayer's Form 3520 for the 2017 tax year was sent through the U.S. Postal Service via certified mail. The tracking number for the filing is 70163010000000448084 (See Exhibit B). The U.S. Postal Service tracking system indicates that the package containing the Form 3520 for tax year 2017 was delivered to an agent at the Ogden, Utah IRS office on August 7, 2018. Thus, the 2017 Form 3520 was within the extension filing deadline and not filed late.

---

[1] Also referred to as 26 U.S.C. § 6039F.

180 Montgomery Street  ·  Suite 1950  ·  San Francisco, CA 94104
phone : 415.394.7200  ·  fax : 415.398.6501  ·  web : moskowitzllp.com

For the reasons discussed above, we respectfully request that the penalty in the amount of $252,032.20 for failure to file Form 3520 not be imposed since the Taxpayer did not fail to timely file Form 3520 for the 2017 tax year.

Enclosed please find a copy of the IRS Form 2848, *Power of Attorney* for Andy Wirjadi.

If you have any questions, please contact me.

Sincerely,

MOSKOWITZ LLP

Joseph M. Bray
Attorney at Law

Enclosures:

IRS CP 15 Notice, dated April 29, 2019
Exhibit A, Federal Extension Acceptance Confirmation for tax year 2017
Exhibit B, USPS Tracking
Form 2848, Power of Attorney



Department of the Treasury
Internal Revenue Service
Stop 6525 (SP CIS)
Kansas City MO 64999-0025

| Notice | CP15 |
|---|---|
| Tax Year | 2017 |
| Notice date | April 29, 2019 |
| Social Security number | |
| To contact us | 800-829-8374 |
| Your Caller ID | 824917 |
| Page 1 of 2 | 17H |

166378.808263.146719.20576 1 AV 0.383 538



ANDY WIRJADI
5789 CORALWOOD WAY
SAN JOSE CA 95123-3820

6378

## Notice of Penalty Charge

668

You have been charged a penalty under Section 6039F of the Internal Revenue Code for Failure to File Form 3520 to Report Receipt of Certain Foreign Gifts.

## TAX STATEMENT

| Prior Balance | $0.00 |
|---|---|
| Penalty Assessment | $252,032.20 |
| Interest | $0.00 |
| Bad Check Penalty | $0.00 |
| **Balance Due** | **$252,032.20** |

# E-file History for Federal Extension

×

| DATE/TIME | STATUS |
|---|---|
| 04/16/2018 09:56 PM | Accepted |
| 04/16/2018 09:13 PM | Received by Agency |
| 04/16/2018 08:05 PM | Received by Intuit |

Confirmation Number: 946542201810600ydweq

Close

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Pos
$

Sent To    INTERNAL REVENUE SERVICE CENTER
           P.O.BOX 40101
Street an  OGDEN, UT 84409

City, State

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70163010000000448084

Remove ✕

Your item has been delivered to an agent at 7:58 pm on August 7, 2018 in OGDEN, UT 84409.

## ✅ Delivered

August 7, 2018 at 7:58 pm
Delivered, To Agent
OGDEN, UT 84409

Feedback

## Tracking History

^

**August 7, 2018, 7:58 pm**
Delivered, To Agent
OGDEN, UT 84409
Your item has been delivered to an agent at 7:58 pm on August 7, 2018 in OGDEN, UT 84409.

**August 7, 2018, 4:10 pm**
Arrived at Unit
OGDEN, UT 84401

**August 7, 2018**
In Transit to Next Facility

**August 5, 2018, 6:18 pm**
Arrived at USPS Regional Destination Facility
SALT LAKE CITY UT NETWORK DISTRIBUTION CENTER

August 4, 2018, 12:00 am
Departed USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

August 3, 2018, 10:50 pm
Arrived at USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

August 3, 2018, 4:44 pm
USPS in possession of item
SAN FRANCISCO, CA 94104

## Product Information                                            ∧

**Postal Product:**

**Features:**
Certified Mail™

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

5/9/2019                      Account Transcript XXX-XX-2450 1040 Dec. 31, 2017 WIRJ

 **Internal Revenue Service**
United States Department of the Treasury

┌─────────────────────────────────────────────────────────────────┐
│        This Product Contains Sensitive Taxpayer Data              │
└─────────────────────────────────────────────────────────────────┘

# Account Transcript

|  |  |
|---|---|
| Request Date: | 05-09-2019 |
| Response Date: | 05-09-2019 |
| Tracking Number: | 100447457426 |

FORM NUMBER:       1040
TAX PERIOD:        Dec. 31, 2017

TAXPAYER IDENTIFICATION NUMBER:           XXX-XX-2450
SPOUSE TAXPAYER IDENTIFICATION NUMBER:    XXX-XX-5090

AND CONN WIRJ
5789 C

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

            --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: May  13, 2019 |
| ACCRUED PENALTY: | 0.00 | AS OF: May  13, 2019 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):              0.00

            ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 02 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 126,171.00 |
| TAXABLE INCOME: | 94,649.00 |
| TAX PER RETURN: | 13,377.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Jun. 22, 2018
PROCESSING DATE                                                  Jul. 16, 2018

┌─────────────────────────────────────────────────────────────────┐
│                          TRANSACTIONS                             │
└─────────────────────────────────────────────────────────────────┘

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20182605 | 07-16-2018 | $13,377.00 |
| n/a | 80221-573-00708-8 | | | |

5/9/2019

Account Transcript XXX-XX-2450 1040 Dec. 31, 2017 WIRJ

| 806 | W-2 or 1099 withholding | | 04-15-2018 | -$6,224.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2018 | | 04-15-2018 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2018 | | 04-15-2018 | $0.00 |
| 670 | Payment | | 04-15-2018 | -$7,133.00 |
| 610 | Payment with return | | 06-25-2018 | -$20.00 |
| 196 | Interest charged for late payment | 20182605 | 07-16-2018 | $0.20 |
| 606 | Write-off of balance due | | 07-16-2018 | -$0.20 |
| 960 | Appointed representative | | 04-19-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

| Form **2848** | **Power of Attorney** | OMB No. 1545-0150 |
|---|---|---|

**Form 2848**
(Rev. January 2018)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
## and Declaration of Representative

▶ Go to *www.irs.gov/Form2848* for instructions and the latest information.

OMB No. 1545-0150
**For IRS Use Only**
Received by:
Name _____
Telephone _____
Function _____
Date ___/___/___

## Part I   Power of Attorney

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1   Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address
Andy Wirjadi
5789 Coralwood Way
San Jose, CA 95123

Taxpayer identification number(s)
████████████

Daytime telephone number

Plan number (if applicable)

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

Name and address
Joseph M. Bray, Esq.
180 Montgomery Street, Ste. 1950
San Francisco, CA 94104

CAF No. ████████
PTIN _____
Telephone No. (415) 394-7200
Fax No. (415) 398-6501

Check if to be sent copies of notices and communications [X]
Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

Check if to be sent copies of notices and communications ☐
Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

(Note: IRS sends notices and communications to only two representatives.)
Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

Name and address

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____

(Note: IRS sends notices and communications to only two representatives.)
Check if new: Address ☐   Telephone No. ☐   Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3   Acts authorized** (you are required to complete this line 3). With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Income | 1040 | 2011 through 2017 |
| Civil Penalty | 6039F Civil Penalty | 2016 |

**4   Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF. . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**5a   Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☐ Access my IRS records via an Intermediate Service Provider;
☐ Authorize disclosure to third parties;   ☐ Substitute or add representative(s);   ☐ Sign a return; _____

☐ Other acts authorized: _____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.
DXA

Form **2848** (Rev. 1-2018)

Form 2848 (Rev. 1-2018)   Andy Wirjadi                                                                  Page **2**

b   Specific acts not authorized. My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.
List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): ...........................................
.........................................................................................................................................................................................................

6   **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here .......................................................................................... ▶ ☐
    **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

7   **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the legal authority to execute this form on behalf of the taxpayer.

    ▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| Signature | Date | Title (if applicable) |
|---|---|---|
| | 04/19/2019 | |

Andy Wirjadi
_____
Print Name                                              Print name of taxpayer from line 1 if other than individual

| **Part II** | **Declaration of Representative** |
|---|---|

Under penalties of perjury, by my signature below I declare that:
• I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
• I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
• I am one of the following:

a   Attorney - a member in good standing of the bar of the highest court of the jurisdiction shown below.
b   Certified Public Accountant - a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.
c   Enrolled Agent - enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.
d   Officer - a bona fide officer of the taxpayer organization.
e   Full-Time Employee - a full-time employee of the taxpayer.
f   Family Member - a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
g   Enrolled Actuary - enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
h   Unenrolled Return Preparer - Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). *See Special Rules and Requirements for Unenrolled Return Preparers in the instructions for additional information.*
k   Qualifying Student - receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.
r   Enrolled Retirement Plan Agent - enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

    ▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation - Insert above letter (a-r). | Licensing jurisdiction (State) or other licensing authority (if applicable). | Bar, license, certification, registration, or enrollment number (if applicable). | Signature | Date |
|---|---|---|---|---|
| a | CA | 197237 | | 4/19/2019 |
| | | | | |
| | | | | |
| | | | | |

DXA                                                                                    Form **2848** (Rev. 1-2018)

moskowitz llp
180 Montgomery Street
Suite 1950
San Francisco, CA 94104

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of the Treasury
Internal Revenue Service
Stop 6525 (SP CIS)
Kansas City, MO 64999-0025

9590 9402 4738 8344 3353 85

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $        Postmark
☐ Certified Mail Restricted Delivery $          Here
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage

Sent To  Department of the Treasury
Internal Revenue Service
Stop 6525 (SP CIS)
Street Kansas City, MO 64999-0025
City, State

PS Form

7017 1450 0002 1862 1728

Department of the Treasury
Internal Revenue Service
Stop 6525 (SP CIS)
Kansas City, MO 64999-0025

# EXHIBIT G



October 25, 2019

*Via Certified Mail with Return Receipt*

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0030

**RE:    Andy Wirjadi, SS#** ▓▓▓▓▓▓▓
**Notice CP504, Tax Year 2017**

Dear Sir or Madam:

The purpose of this correspondence is to provide the Internal Revenue Service ("IRS") payment of $258,090.94 for Mr. Wirjardi's 2017 civil penalty. The 2017 civil penalty is currently under appeal and Mr. Wijardi is waiting for a response from the IRS. Mr. Wirjardi does not believe he owes the 2017 civil penalty that was assessed by the IRS, however, under Internal Revenue Code Section 6603, Mr. Wirjardi is paying the amount in full to prevent additional interest from accruing.

For your convenience, enclosed please find a copy of IRS Form 2848, Power of Attorney.

If you should have any questions, please do not hesitate to contact the office.

Sincerely,

Moskowitz LLP

Joseph Bray, Esq.





Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0030

**IRS**

9307 1107 5620 6865 0500 18

064927.854322.342812.24802 2 AB 0.412 1234

ANDY WIRJADI
5789 CORALWOOD WAY
SAN JOSE CA 95123-3820

064927

| | |
|---|---|
| | SB |
| Notice | CP504 |
| Tax year | 2017 |
| Notice date | October 7, 2019 |
| Taxpayer ID number | |
| To contact us | Phone 800-829-8374 |
| Your Caller ID | 824917 |
| Page 1 of 5 | |

## Notice of intent to seize (levy) your property or rights to property
# Amount due immediately: $258,090.04

This is a notice of intent to levy your state tax refund or other property. As we notified you before, our records show you have unpaid taxes for the tax year ending December 31, 2017 (Form CIVPEN). If you don't call us immediately to make payment arrangements or we don't receive the amount due within 30 days from the date of this notice, we may levy your property or rights to property and apply it to the $258,090.04 you owe.

**Billing Summary**

| | |
|---|---|
| Amount you owed | $252,032.20 |
| Interest charges | 6,057.84 |
| **Amount due immediately** | **$258,090.04** |

Continued on back...



**IRS**

ANDY WIRJADI
5789 CORALWOOD WAY
SAN JOSE CA 95123-3820

| Notice | CP504 |
|---|---|
| Notice date | October 7, 2019 |
| Taxpayer ID number | |

# Payment

- Make your check or money order payable to the United States Treasury.
- Write your taxpayer identification number          the tax year (2017), and the form number (CIVPEN) on your payment and any correspondence.

**Amount due immediately**

| $258,090.04 |
|---|

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0025

 AQ WIRJ 55 0 201712 670 00025809004

| | SB |
|---|---|
| Notice | CP504 |
| Tax year | 2017 |
| Notice date | October 7, 2019 |
| Taxpayer ID number | |
| Page 2 of 5 | |

## What you need to do immediately

**If you agree with the amount due and you're not working with an IRS representative**

- Pay the amount due of $258,090.04 immediately or we may file a Notice of Federal Tax Lien, the amount of interest will increase, and additional penalties may apply.
- Pay online or mail a check or money order with the attached payment stub. **You can pay online now at www.irs.gov/payments.**

If we notified you that we suspended enforced collection on your account because it would create a financial hardship (meaning you would be unable to pay basic reasonable living expenses if we levied) and your financial condition has not changed, you don't need to do anything.

**If you disagree with the amount due**

Call us at 800-829-8374 to review your account with a representative. Be sure to have your account information available when you call. We'll assume you agree with the information in this notice if we don't hear from you.

|  | SB |
| --- | --- |
| Notice | CP504 |
| Tax year | 2017 |
| Notice date | October 7, 2019 |
| Taxpayer ID number | ▉▉▉▉▉▉▉ |
| Page 3 of 5 | |

064927

## What you need to know

**Notice of Intent to Levy**

This notice is your Notice of Intent to Levy (Internal Revenue Code Section 6331 (d)).

If we don't receive the amount due within 30 days from the date of this notice, we can levy your state tax refund. We may also serve a Disqualified Employment Tax Levy or a Federal Contractor Levy, as explained in the enclosed Publication 594, IRS Collection Process. In most other situations, before we levy on your property or rights to property, we'll send you a notice that gives you the opportunity to request a Collection Due Process hearing, unless you have already received one.

Property or rights to property includes:

- Wages, real estate commissions, and other income
- Bank accounts
- Personal assets (e.g., your car and home)
- Social Security benefits

**Right to request an appeal**

If you don't agree with our intent to levy or file a Notice of Federal Tax Lien, you have the right to request an appeal under the Collection Appeals Program (CAP) before the collection action takes place. Please call 800-829-8374 or send us a Collection Appeal Request (Form 9423) to the address at the top of the notice within 30 days from the date of this notice. Note: The CAP is different from the Collection Due Process (CDP) Program. Please call 800-829-8374 if you have any questions about either of these programs. For more information about your appeal rights, see Publication 1660 (Collection Appeal Rights).

**Denial or revocation of United States passport**

On December 4, 2015, as part of the Fixing America's Surface Transportation (FAST) Act, Congress enacted Section 7345 of the Internal Revenue Code, which requires the Internal Revenue Service to notify the State Department of taxpayers certified as owing a seriously delinquent tax debt. The FAST Act generally prohibits the State Department from issuing or renewing a passport to a taxpayer with seriously delinquent tax debt.

Seriously delinquent tax debt means an unpaid, legally enforceable federal tax debt of an individual totaling more than $52,000 that has been assessed and for which a Notice of Federal Tax Lien has been filed and all administrative remedies under IRC Section 6320 have lapsed or been exhausted, or a levy has been issued. If you are individually liable for tax debt (including penalties and interest) totaling more than $52,000 and you do not pay the amount you owe or make alternate arrangements to pay, we may notify the State Department that your tax debt is seriously delinquent. The State Department generally will not issue or renew a passport to you after we make this notification. If you currently have a valid passport, the State Department may revoke your passport or limit your ability to travel outside of the United States. Additional information on passport certification is available at www.irs.gov/passports.

Continued on back...

## Payment options

**Pay electronically**

We offer secure payment options so you can pay online, by phone, or using your mobile device and the IRS2Go app. You can pay from your bank account free of charge or by debit or credit card for a fee charged by the card processors, not the IRS. Visit irs.gov/payments to view all your options.

**Set up a payment plan**

If you can't pay the full amount you owe, pay as much as you can now and make arrangements with us to pay over an extended time. You may be able to set up a payment plan including an installment agreement. Visit irs.gov/opa to apply.

**Consider an offer in compromise**

An offer in compromise allows you to settle your tax debt for less than the full amount you owe. You can use the Offer in Compromise Pre-Qualifier tool at irs.gov/oic to see if you qualify and calculate a preliminary offer amount. Visit irs.gov/payments/offer-in-compromise for more information about this program.

**View your account information**

You can access your account online to view your amount owed, make a payment, review your payment history, get a transcript of your tax records, and view key return information from your most recent tax year as originally filed. Visit irs.gov/account to view your account online.

## If we don't hear from you

If you have not paid the debt already, a federal tax lien has arisen as a claim against all your property. If you don't pay the amount due immediately or make payment arrangements, we can file a Notice of Federal Tax Lien (NFTL) publicly establishing our priority with your creditors and we may levy (subject to any applicable Collection Due Process rights).

If we file the NFTL, it may be difficult to sell or borrow against your property. The NFTL may also appear on your credit report.

## Interest charges

We are required by law to charge interest when you do not pay your liability on time. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay the amount you owe in full, including accrued interest and any penalty charges. Interest on some penalties accrues from the date we notify you of the penalty until it is paid in full. Interest on other penalties, such as failure to file a tax return, starts from the due date or extended due date of the return. Interest rates are variable and may change quarterly. (Internal Revenue Code Section 6601)

| Description | Amount |
|---|---|
| **Total interest** | **$6,057.84** |

The table below shows the rates used to calculate the interest on your unpaid amount due. For a detailed calculation of your interest, call 800-829-8374.

## Tax interest rates

| Period | Interest Rate |
|---|---|
| January 1, 2017 to March 31, 2018 | 4% |
| Beginning April 1, 2018 | 5% |

| | |
|---|---|
| | SB |
| Notice | CP504 |
| Tax year | 2017 |
| Notice date | October 7, 2019 |
| Taxpayer ID number | |
| Page 5 of 5 | |

## Additional information

- Visit www.irs.gov/cp504
- You may find the following publications helpful:
  - Publication 1, Your Rights as a Taxpayer
  - Publication 1660, Collection Appeal Rights
- For tax forms, instructions, and publications, visit www.irs.gov/forms-pubs or call 800-TAX-FORM (800-829-3676).
- Paying online is convenient, secure, and ensures timely receipt of your payment. To pay your taxes online or for more information, go to www.irs.gov/payments.
- Review the enclosed document: IRS Collection Process (Publication 594).
- You can contact us by mail at the following address. Be sure to include your taxpayer identification number, the tax year, and the form number you are writing about.

  Internal Revenue Service
  Ogden, UT 84201-0025

- Generally, we deal directly with taxpayers or their authorized representatives. However, occasionally we need to speak with other people, such as employees, employers, banks, or neighbors to gather or verify account information. If we contact a third party, the law prohibits us from sharing any more information than is necessary to obtain or verify what we need to know. You have the right to request a list of individuals we contact about your account.
- Keep this notice for your records

If you need assistance, please don't hesitate to contact us.

| Form **2848**<br>(Rev. January 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Power of Attorney**<br>**and Declaration of Representative**<br>▶ Go to *www.irs.gov/Form2848* for instructions and the latest information. | OMB No. 1545-0150<br>**For IRS Use Only**<br>Received by:<br>Name _____<br>Telephone _____<br>Function _____<br>Date ___/___/___ |

**Part I   Power of Attorney**

Caution: A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1   Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address
Andy Wirjadi
5789 Coralwood Way
San Jose, CA 95123

Taxpayer identification number(s)
████████

Daytime telephone number _____   Plan number (if applicable) _____

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

Name and address
Joseph M. Bray, Esq.
180 Montgomery Street, Ste. 1950
San Francisco, CA 94104

Check if to be sent copies of notices and communications  ☒

CAF No. ████████
PTIN _____
Telephone No. (415) 394-7200
Fax No. (415) 398-6501
Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

Name and address

Check if to be sent copies of notices and communications  ☐

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

Name and address

(Note: IRS sends notices and communications to only two representatives.)

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

Name and address

(Note: IRS sends notices and communications to only two representatives.)

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3   Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Income | 1040 | 2011 through 2017 |
|  |  |  |
|  |  |  |

**4   Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF.  · · · · · · · · · · · · · · · · · ▶ ☐

**5a   Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☐ Access my IRS records via an Intermediate Service Provider;
☐ Authorize disclosure to third parties;  ☐ Substitute or add representative(s);  ☐ Sign a return; _____

☐ Other acts authorized: _____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.

DXA

Form **2848** (Rev. 1-2018)

Form 2848 (Rev. 1-2018) Andy Wirjadi

Page **2**

**b** Specific acts not authorized. My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) is (are) issued by the government in respect of a federal tax liability. List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b):

**6** Retention/revocation of prior power(s) of attorney. The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.

**7** Signature of taxpayer. If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the legal authority to execute this form on behalf of the taxpayer.

▶ IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.

| Signature | November 7, 2018 | Title (if applicable) |
| | Date | |

Andy Wirjadi
Print Name · · · · · · · · · · · · · · · Print name of taxpayer from line 1 if other than individual

**Part II** **Declaration of Representative**

Under penalties of perjury, by my signature below I declare that:
* I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
* I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
* I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
* I am one of the following:

a Attorney - a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant - a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent - enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.
d Officer - a bona fide officer of the taxpayer organization.
e Full-Time Employee - a full-time employee of the taxpayer.
f Family Member - a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
g Enrolled Actuary - enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
h Unenrolled Return Preparer - Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). See Special Rules and Requirements for Unenrolled Return Preparers in the instructions for additional information.
k Qualifying Student - receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.
r Enrolled Retirement Plan Agent - enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.

Note: For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation - insert above letter (a-r) | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
| a | CA | 197237 | | 11/7/2018 |
| | | | | |
| | | | | |
| | | | | |

DXA

Form **2848** (Rev. 1-2018)



moskowitz llp
180 Montgomery Street
Suite 1950
San Francisco, CA 94104



CERTIFIED MAIL®

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required      $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 2280 0000 9592 5504