DAVID A. HUBBERT
Acting Assistant Attorney General

RICK WATSON (Georgia Bar No. 741771)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-0300 (v)
202-307-0054 (f)
Rickey.watson@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY WIRJADI,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:21-cv-00018-JCS<br><br>**STIPULATED EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

      Pursuant to Civil Local Rule 6-1(a), the Plaintiff and the United States of America hereby notify the Court that they have stipulated and agreed that the time for the United States to answer or otherwise respond to the Complaint in this case shall be extended to August 6, 2021.

      SO STIPULATED

//

//

//

Stipulated Extension of Time
3:21-cv-00018-JCS                     1

Dated: June 4, 2021.

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/Rick Watson*
RICK WATSON
Trial Attorney, Tax Division
U.S. Department of Justice

Attorneys for the United States

Dated: June 4, 2021

*/s/Joseph M. Bray*
JOSEPH M. BRAY (SBN 197237)
Moskowitz LLP
1700 Broadway, 4th Floor
Oakland, CA 94612
Tel: (415) 394-7200
Fax: (415) 398-6501

Attorneys for Plaintiff

Stipulated Extension of Time
3:21-cv-00018-JCS  2