1 JOSEPH M. BRAY (CA SBN: 197237)
MOSKOWITZ LLP
2 1700 BROADWAY, 4TH FLOOR
OAKLAND, CA 94612
3 TELEPHONE: (415) 394-7200
4 FAX: (415) 398-6501
EMAIL: jbray@moskowitzllp.com

Attorney for Plaintiff Andy Wirjadi

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| ANDY WIRJADI,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Defendant. | Case No. 3:21-cv-00018-JCS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

1     NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), the Plaintiff, Andy Wirjadi voluntarily dismisses with prejudice, in its entirety, the above-entitled action against Defendant United States of America. This notice of dismissal is being filed with the Court before service by Defendant of an answer or a motion for summary judgment.

Dated: August 6, 2021

JOSEPH M. BRAY

*/s/Joseph M. Bray*
JOSEPH M. BRAY (SBN 197237)
Moskowitz LLP
1700 Broadway, 4th Floor
Oakland, CA 94612
Tel: (415) 394-7200
Fax: (415) 398-6501
EMAIL: jbray@moskowitzllp.com

Attorney for Plaintiff, Andy Wirjadi

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 6, 2021, the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) was filed electronically. Pursuant to Fed. R. Civ. P. 5(d), counsel of record will be served by electronic mail on this same date as follows:

Rick Watson, Email: **rickey.watson@usdoj.gov**

*/s/Joseph M. Bray*
JOSEPH M. BRAY